TRAXLER, Senior Circuit Judge, concurring in part and dissenting in part:
I concur in Sections I and II of the majority opinion. As to how Virginia courts would resolve the claim preclusion issue in Section III, I would certify this question to the Supreme Court of Virginia. This is not a criticism of the majority opinion. The legal route it outlines is novel, even if correct. In my view, the impact of this case will be far reaching, as there is a great deal of litigation in this area of the law. There is no Virginia case law that directly addresses the precise issue before us, and I am not entirely certain that we have reached the conclusion anticipated by the Virginia court when it promulgated Rule 1:6. If new ground is to be plowed, I believe it should be done by the Supreme Court of Virginia.